No. 77–348. TRACY *v.* GOLSTON ET AL. Certiorari before judgment to C. A. 9th Cir. and other relief denied.

No. 77–5257. RUST *v.* NEBRASKA; and HOLTAN *v.* NEBRASKA. Sup. Ct. Neb. Certiorari denied. 

MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.